### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jaime Marie Osborne<br>　　　　　　　　_Debtor_ | CHAPTER 13<br><br>BKY. NO. 16-10672 TPA |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., and index same on the master mailing list.

Re: Loan # Ending In: ***5896

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**/s/ Matthew McClelland, Esquire**
　　　　　　　　　　　　　　　　　　　　　Matthew McClelland, Esquire
　　　　　　　　　　　　　　　　　　　　　mmcclelland@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319482
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　Phone: 215-627-1322
　　　　　　　　　　　　　　　　　　　　　Fax: 215-627-7734
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant