# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/13/17 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | Bankruptcy No. 16-10672-TPA |
| Jaime Marie Osborne, | Chapter 13 |
| Debtor | |
| | Related to Document No. 40 |
| Jaime Marie Osborne, | |
| Movant | |
| v. | |
| Carrington Mortgage Service, LLC, | |
| AND | |
| Ronda J. Winnecour/Esquire | |
| Chapter 13 Trustee, | |
| Respondents | |

## ORDER

A *Loss Mitigation Order* dated October 3, 2016, was entered in the above matter at Document No. 26. On January 3, 2017, a *Motion to Extend the Loss Mitigation Period* was filed by Jaime Marie Osborne at Document No. 40.

*AND NOW*, this 13th day of January, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* March 14, *2017.*

Thomas P. Agresti,   ljm
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)    Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jaime Marie Osborne  
    Debtor

Case No. 16-10672-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Jan 13, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.  
db          +Jaime Marie Osborne,   4006 Fargo Street,   Erie, PA 16510-3548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:  
            Daniel P. Foster    on behalf of Debtor Jaime Marie Osborne dan@mrdebtbuster.com,  
             clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
            Matthew John McClelland    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                     TOTAL: 4