FILED
3/23/17 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Jaime Marie Osborne
Case Number: 16-10672                                    Chapter: 13
Date / Time / Room: March 21, 2017 at 11:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #12 - Final Confirmation of Plan dated 8/8/16 (NFC)

### Appearances:

Debtor: *Fustey*

Trustee: Winnecour / Bedford / Katz / (Pail)

Creditor:

### Proceedings:

*Warmbrodt – Cameron / Bank of Am*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 8/29/17 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Other: