# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/29/17 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-10672-TPA |
| Jaime Marie Osborne, | : Chapter 13 |
| Debtor | : |
| | : Related to Document No. 43 |
| Jaime Marie Osborne, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| Carrington Mortgage Service, LLC, | : |
| | : |
| AND | : |
| | : |
| Ronda J. Winnecour/Esquire | : |
| Chapter 13 Trustee, | : |
| Respondents | : |

## ORDER

A *Loss Mitigation Order* dated January 13, 2017, was entered in the above matter at Document No. 41. On March 15, 2017, a *Motion to Extend the Loss Mitigation Period* was filed by Jaime Marie Osborne at Document No. 43.

AND NOW, this 29th day of March, 2017, it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is *extended up to and including* May 29, 2017.

Thomas P. Agresti,    ljm
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                                   Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-10672-TPA
Jaime Marie Osborne                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam              Page 1 of 1              Date Rcvd: Mar 29, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db              +Jaime Marie Osborne,    4006 Fargo Street,    Erie, PA 16510-3548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
        Daniel P. Foster    on behalf of Debtor Jaime Marie Osborne dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        Matthew John McClelland    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                   TOTAL: 5