FILED
8/31/17 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

  Debtor: Jaime Marie Osborne
  Case Number: 16-10672                          Chapter: 13
  Date / Time / Room: August 29, 2017 at 2:00 p.m., Bankruptcy Courtroom
  Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*    #12 - Cont. Final Confirmation of Plan dated 8/8/16 (NFC)

### *Appearances:*

Debtor:    *Foster*
Trustee:   Winnecour / ~~Bedford~~ / ~~Katz~~ / Pail
Creditor:  *LMP*

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to *12-19-17* at *10:00*.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Other: