FILED
9/14/17 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10672-TPA |
| | : | | |
| Jaime Marie Osborne | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/13/2017 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**  #54 Motion to Extend LMP

**APPEARANCES:**
  Debtor:  Daniel P. Foster
  Carrington Mtg:
  Trustee:  Owen Katz

**NOTES:**

Foster:  Interim loan modification was signed on 9/7/17.

**OUTCOME:**  Motion is granted in light of Order approving interim loan modification.

ljm