|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE WESTERN DISTRICT OF PENNSYLVANIA | FILED<br>12/14/17 2:02 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

IN RE:
JAIME MARIE OSBORNE         :    Case No. 16-10672

    *Debtor*                :
                        :    Rel to Doc No. 22, 26 & 64
JAIME MARIE OSBORNE         :

    *Movants*               :
                        :    Hearing: December 20, 2017 at 11:00 a.m.
    v.                      :
                        :
CARRINGTON MORTGAGE SVC     :
    *Respondent*            :

## ORDER

AND NOW, this **14th** day of **December, 2017**, it is hereby **ORDERED, ADJUDGED and DECREED** that the ***Motion to Approve Loan Modification*** filed by the Debtor at Document No. 64 previously scheduled for January 10, 2018 at 11:00 A.M. in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA has been **RESCHEDULED** to ***December 20, 2017 at 11:00 a.m.***  Movant shall upload a copy of this order to the Portal.

It is **FURTHER ORDERED** that any Responses to the Motion shall be filed and served on or before ***December 18, 2017.***

                                                            Thomas P. Agresti, Judge    **ljm**
                                                          United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Debtor's Counsel
    Carrington Mortgage Service LLC
    1600 S. Douglass Road
    Anaheim, CA 92806

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 16-10672-TPA
Jaime Marie Osborne                                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam              Page 1 of 1           Date Rcvd: Dec 14, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
db              +Jaime Marie Osborne,    4006 Fargo Street,    Erie, PA 16510-3548
14259395        +Carrington Mortgage Service. LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:
      Daniel P. Foster    on behalf of Debtor Jaime Marie Osborne dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Matthew John McClelland    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 5