# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10672-TPA |
|     Jaime Marie Osborne, | : | |
|         Debtor | : | Chapter 13 |
| | : | |
| Jaime Marie Osborne, | : | |
|         Movant | : | Related to Document No. 69 |
| | : | |
|     v. | : | |
| | : | |
| Carrington Mortgage Service, LLC, | : | |
| | : | |
|         AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|         Respondents | : | |

## CERTIFICATE OF SERVICE

    I, Kathryn Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Order** on the parties listed below by US Mail*.

Executed on: December 20, 2017

By: /s/ Kathryn M. Schwartz
KATHRYN M. SCHWARTZ
PARALEGAL
FOSTER LAW OFFICES, LLC
P.O. Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

*Clients served via email were not served via US Mail.

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Carrington Mortgage Service, LLC
1600 South Douglass Rd
Anaheim, CA 92806

*DMM Portal*