FILED
12/20/17 9:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Jaime Marie Osborne
Case Number: 16-10672                     Chapter: 13
Date / Time / Room: December 19, 2017 at 10:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*  #12 - Cont. Final Confirmation of Plan dated 8/8/16 (NFC)

*Appearances:*

Debtor: *[signature] Foster*
Trustee: Winnecour / Bedford / Katz / Pail
Creditor:

*Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X___ Plan/Motion continued to _1/10/18_ at _12.00_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Other: *Continuance rule LMP pending*

*For Judge Agresti cases:*
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____