**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-10672-TPA |
| | : | |
| **Jaime Marie Osborne,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: |
| **Jaime Marie Osborne,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>January 4, 2018</u>

Respectfully submitted,
<u>/s/ Clarissa Bayhurst</u>
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

BANK OF AMERICA, N.A.
Carrington Mortgage Services, LLC
1600 South Douglas Road
Anaheim, CA 92806-5948

Carrington Mortgage Service. LLC
1600 South Douglass Road
Anaheim, CA 92806-5951

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

National Pens Co LLC
PO Box 847203
Dallas, TX 75284-7203

PSECU
PO Box 67013
Harrisburg, PA 17106-7013

Premier Bankcard / Charter
PO Box 2208
Vacaville, CA 95696-8208

United Collection Service
106 Commerce Street
Suite 101
Lake Mary, FL 32746-6217

American InfoSource LP as agent for
DirecTV LLC
Mail Station N387
2230 East Imperial Highway
El Segundo, CA 90245-3504

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

GE Capital Retail Bank
Attention: Bankruptcy
PO Box 103106
Roswell, GA 30076-9106

Matthew John McClelland
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Premier Bankcared / Charter
PO Box 2208
Vacaville, CA 95696-8208

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

American Profit Recovery
34405 West 12 Miles Road
#379
Farmington Hills, MI 48331-5608

Car Factory
50 E. 26th St.
Erie, PA 16504-1047

Emergycare Inc.
1701 Sassafras Street
Erie, PA 16502-1857

Hamot Medical Center
C/O Patient Accounts
201 State Street
Erie, PA 16550-0002

Millcreek Community Hospital
5515 Peach Street
Erie, PA 16509-2695

Jaime Marie Osborne
4006 Fargo Street
Erie, PA 16510-3548

Perennial Green Lawn Care
PO Box 449
Edinboro, PA 16412-0449

St Vincent Hospital
232 West 25th Street
Erie, PA 16544-0001

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702