FILED
1/11/18 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 16-10672-TPA |
| Jaime Marie Osborne | : | Chapter: 13 |
| *Debtor(s).* | : | |
| | : | Date: 1/10/2018 |
| | : | Time: 12:00 |

## PROCEEDING MEMO

*MATTER:*  # 74 Contested Plan Dated 1/2/2018

*APPEARANCES:*
    Debtor:    Daniel P. Foster
    Trustee:   Ronda Winnecour

*NOTES:*

Foster:    Loan modification approved.

*OUTCOME:*   Conciliation on 2/6/18 at 11am

ljm