**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Jaime M. Osborne, | : | Bankruptcy No: 16-10672-TPA |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| American Profit Recovery, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**         **American Profit Recovery**
**Incorrect Address:**     **34405 West 12 Miles Road, #379, Farmington Hills, MI 48331-5608**
**Correct Address:**       **34505 West 12 Mile Road, Suite 333, Farmington Hills, MI 48331-3288**

Respectfully Submitted,

Date:  February 2, 2018

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors