**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAIME MARIE OSBORNE | Case No. 16-10672TPA |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| CAR FACTORY | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CLAIMANT HAS FAILED TO CASH CHECKS ISSUED BY THE TRUSTEE.
NO MAIL HAS BEEN RETURNED BY THE POSTAL SERVICE.

| | |
|---|---|
| CAR FACTORY | Court claim# 1/Trustee CID# 1 |
| 50 E 26TH ST | |
| ERIE, PA 16504 | |

The Movant further certifies that on 02/13/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| JAIME MARIE OSBORNE, 4006 FARGO STREET, ERIE, PA  16510 | DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, PO BOX 966, MEADVILLE, PA  16335 |
| ORIGINAL CREDITOR: | : |
| CAR FACTORY, 50 E 26TH ST, ERIE, PA  16504 | CAR FACTORY, ERIE HEADQUARTERS - ATTN BILLING, 1836 W 26TH ST, ERIE, PA 16508-1149 |
| NEW CREDITOR: | |