

8/12/2020

U S Bankruptcy Court
Attn: Claims Clerk
17 South Park Row, Room B160
Erie, PA 16501

Re: Jamie Marie Osborne
    PSECU Acct. No.XXXXXX9111-L10
    Case No. 16-10672

Dear Clerk:

Please withdraw Proof of Claim #2 filed on 09/19/2016 in the amount of $7,088.53 as the remaining balance has been forgiven as part of a legal settlement in class action litigation involving the Vehicle loan ID L10.

If you have any questions, please contact me at **800.237.7328, extension 3115.**

Sincerely,

*[signature]*

Scott Smith
PSECU

©PSECU 21237332 0820

P.O. BOX 67013, HARRISBURG, PA 17106-7013    **800.237.7328** • PSECU.COM

THIS CREDIT UNION IS FEDERALLY INSURED BY THE NATIONAL CREDIT UNION ADMINISTRATION. EQUAL OPPORTUNITY LENDER.