**PSECU**

8/12/2020

FILED
8/19/20 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

U S Bankruptcy Court
Attn: Claims Clerk
17 South Park Row, Room B160
Erie, PA 16501

Re: Jamie Marie Osborne
PSECU Acct. No.XXXXXX9111-L10    Rel to Doc 87
Case No. 16-10672

Dear Clerk:

Please withdraw Proof of Claim #2 filed on 09/19/2016 in the amount of $7,088.53 as the remaining balance has been forgiven as part of a legal settlement in class action litigation involving the Vehicle loan ID L10.

If you have any questions, please contact me at **800.237.7328, extension 3115**.

Sincerely,

Scott Smith
PSECU

**SO ORDERED**
August 19, 2020

ljm

©PSECU 21237332 0820

P.O. BOX 67013, HARRISBURG, PA 17106-7013    **800.237.7328** • PSECU.COM

THIS CREDIT UNION IS FEDERALLY INSURED BY THE NATIONAL CREDIT UNION ADMINISTRATION. EQUAL OPPORTUNITY LENDER.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-10672-TPA
Jaime Marie Osborne                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam                    Page 1 of 1                   Date Rcvd: Aug 19, 2020
                              Form ID: pdf900               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db             +Jaime Marie Osborne,    4006 Fargo Street,    Erie, PA 16510-3548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcynotices@psecu.com Aug 20 2020 03:55:36      PSECU,   PO Box 67013,
                 Harrisburg, PA   17106-7013
                                                                                             TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
      Daniel P. Foster    on behalf of Debtor Jaime Marie Osborne dan@mrdebtbuster.com,
      katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com
      James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Matthew John McClelland    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5