IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/13/21 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10672-TPA |
| | : | | |
| Jaime Marie Osborne | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/10/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**  # 93 Motion to Dismiss Case (Tee)
#95 Resp by Debtor

**APPEARANCES:**
Debtor: Daniel P. Foster
Trustee: James Warmbrodt

**NOTES:**

Foster: The Debtor can make the September payment on her own.

Warmbrodt: Just received payment, the plan is complete.

**OUTCOME:** Oral motion of the Trustee to withdraw the Motion is GRANTED. MOE

*[signature]*
nms