Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jaime Marie Osborne** : | Case No. 16−10672−TPA |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 104 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 2/9/22 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 23rd of November, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 104 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before January 7, 2022**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on ***February 9, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                                                      */s/ Thomas P. Agresti*
                                                      Thomas P. Agresti, Judge
                                                      United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-10672-TPA
Jaime Marie Osborne Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: nsha Page 1 of 2
Date Rcvd: Nov 23, 2021 Form ID: 300a Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jaime Marie Osborne, 4006 Fargo Street, Erie, PA 16510-3548 |
| 14259393 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14259394 | + | Car Factory, 50 E. 26th St., Erie, PA 16504-1047 |
| 14269389 | + | Hamot Medical Center, C/O Patient Accounts, 201 State Street, Erie, PA 16550-0002 |
| 14269391 | + | National Pens Co LLC, PO Box 847203, Dallas, TX 75284-7203 |
| 14259401 | + | Perennial Green Lawn Care, PO Box 449, Edinboro, PA 16412-0449 |
| 14269392 | + | St Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 14259404 | + | United Collection Service, 106 Commerce Street, Suite 101, Lake Mary, FL 32746-6217 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14259391 | + | Email/Text: G06041@att.com | Nov 23 2021 23:26:00 | American InfoSource LP as agent for, DirecTV LLC, Mail Station N387, 2230 East Imperial Highway, El Segundo, CA 90245-3504 |
| 14259392 | | Email/Text: bky@americanprofit.net | Nov 23 2021 23:26:00 | American Profit Recovery, 34505 West 12 Mile Road, Suite 333, Farmington Hills, MI 48331-3288 |
| 14338231 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 23 2021 23:25:00 | BANK OF AMERICA, N.A., Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| 14259395 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 23 2021 23:25:00 | Carrington Mortgage Service. LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14259396 | | Email/Text: G06041@att.com | Nov 23 2021 23:26:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14259397 | + | Email/Text: Billing_Paperwork@emergycare.org | Nov 23 2021 23:26:00 | Emergycare Inc., 1701 Sassafras Street, Erie, PA 16502-1857 |
| 14259398 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:03 | GE Capital Retail Bank, Attention: Bankruptcy, PO Box 103106, Roswell, GA 30076-9106 |
| 14259399 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2021 23:26:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 14269390 | + | Email/Text: ptacct@mch1.org | Nov 23 2021 23:26:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14259400 | + | Email/Text: bankruptcynotices@psecu.com | Nov 23 2021 23:26:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14259402 | + | Email/Text: csidl@sbcglobal.net | Nov 23 2021 23:26:00 | Premier Bankcard / Charter, PO Box 2208, Vacaville, CA 95696-8208 |
| 14259403 | + | Email/Text: csidl@sbcglobal.net | Nov 23 2021 23:26:00 | Premier Bankcared / Charter, PO Box 2208, |

Vacaville, CA 95696-8208

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Debtor Jaime Marie Osborne dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich
on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mmiksich@kmllawgroup.com

Matthew John McClelland
on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6