**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JAIME MARIE OSBORNE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:16-10672 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/14/2016 and confirmed on 10/25/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,231.64 |
| Less Refunds to Debtor | 706.79 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,524.85 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,080.00 | |
|    Trustee Fee | 2,154.75 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,234.75 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5896 | | | | |
|   BANK OF AMERICA NA** | 8,995.88 | 8,995.88 | 0.00 | 8,995.88 |
|     Acct: 5896 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 26,380.97 | 0.00 | 26,380.97 |
|     Acct: 5896 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5896 | | | | |
|   CAR FACTORY++ | 2,575.00 | 741.80 | 105.45 | 847.25 |
|     Acct: | | | | |
| | | | | 36,224.10 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAIME MARIE OSBORNE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAIME MARIE OSBORNE | 706.79 | 706.79 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 4,080.00 | 4,080.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 2,066.00 | 2,066.00 | 0.00 | 2,066.00 |
|     Acct: XXXXXXXTORY | | | | |
| | | | | 2,066.00 |
| **Unsecured** | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN PROFIT RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 164 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | NATIONAL PENS CO LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3604 | | | | |
| | PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNITED COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3543 | | | | |
| | CAR FACTORY++ | 1,337.74 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EMERGYCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GECRB | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PERENNIAL GREEN LAWN CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 38,290.10 |
| TOTAL CLAIMED | | |
| PRIORITY | 2,066.00 | |
| SECURED | 11,570.88 | |
| UNSECURED | 1,337.74 | |

Date: 11/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAIME MARIE OSBORNE

          Debtor(s)

    Ronda J. Winnecour
          Movant
       vs.
    No Repondents.

Case No.:16-10672 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jaime Marie Osborne  
    Debtor

Case No. 16-10672-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: nsha      Page 1 of 2  
Date Rcvd: Nov 23, 2021      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Jaime Marie Osborne, 4006 Fargo Street, Erie, PA 16510-3548 |
| 14259393 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14259394 | + | Car Factory, 50 E. 26th St., Erie, PA 16504-1047 |
| 14269389 | + | Hamot Medical Center, C/O Patient Accounts, 201 State Street, Erie, PA 16550-0002 |
| 14269391 | + | National Pens Co LLC, PO Box 847203, Dallas, TX 75284-7203 |
| 14259401 | + | Perennial Green Lawn Care, PO Box 449, Edinboro, PA 16412-0449 |
| 14269392 | + | St Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 14259404 | + | United Collection Service, 106 Commerce Street, Suite 101, Lake Mary, FL 32746-6217 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14259391 | + | Email/Text: G06041@att.com | Nov 23 2021 23:26:00 | American InfoSource LP as agent for, DirecTV LLC, Mail Station N387, 2230 East Imperial Highway, El Segundo, CA 90245-3504 |
| 14259392 | | Email/Text: bky@americanprofit.net | Nov 23 2021 23:26:00 | American Profit Recovery, 34505 West 12 Mile Road, Suite 333, Farmington Hills, MI 48331-3288 |
| 14338231 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 23 2021 23:25:00 | BANK OF AMERICA, N.A., Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| 14259395 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 23 2021 23:25:00 | Carrington Mortgage Service. LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14259396 | | Email/Text: G06041@att.com | Nov 23 2021 23:26:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14259397 | + | Email/Text: Billing_Paperwork@emergycare.org | Nov 23 2021 23:26:00 | Emergycare Inc., 1701 Sassafras Street, Erie, PA 16502-1857 |
| 14259398 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:52 | GE Capital Retail Bank, Attention: Bankruptcy, PO Box 103106, Roswell, GA 30076-9106 |
| 14259399 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2021 23:26:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 14269390 | + | Email/Text: ptacct@mch1.org | Nov 23 2021 23:26:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14259400 | + | Email/Text: bankruptcynotices@psecu.com | Nov 23 2021 23:26:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14259402 | + | Email/Text: csidl@sbcglobal.net | Nov 23 2021 23:26:00 | Premier Bankcard / Charter, PO Box 2208, Vacaville, CA 95696-8208 |
| 14259403 | + | Email/Text: csidl@sbcglobal.net | Nov 23 2021 23:26:00 | Premier Bankcared / Charter, PO Box 2208, |

Case 16-10672-TPA  Doc 107  Filed 11/25/21  Entered 11/26/21 00:29:27  Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: nsha | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 20 |

Vacaville, CA 95696-8208

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jaime Marie Osborne dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mmiksich@kmllawgroup.com |
| Matthew John McClelland | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6