| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jaime Marie Osborne<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3604<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–10672–TPA | |

## Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jaime Marie Osborne

<u>1/27/22</u>                                                                                    **By the court:** <u>Thomas P. Agresti</u>
                                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jaime Marie Osborne  
    Debtor

Case No. 16-10672-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Jan 27, 2022      Form ID: 3180W      Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jaime Marie Osborne, 4006 Fargo Street, Erie, PA 16510-3548 |
| 14259394 | + | Car Factory, 50 E. 26th St., Erie, PA 16504-1047 |
| 14269389 | + | Hamot Medical Center, C/O Patient Accounts, 201 State Street, Erie, PA 16550-0002 |
| 14269391 | + | National Pens Co LLC, PO Box 847203, Dallas, TX 75284-7203 |
| 14259401 | + | Perennial Green Lawn Care, PO Box 449, Edinboro, PA 16412-0449 |
| 14269392 | + | St Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 14259404 | + | United Collection Service, 106 Commerce Street, Suite 101, Lake Mary, FL 32746-6217 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 28 2022 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 28 2022 04:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14259391 | + | EDI: DIRECTV.COM | Jan 28 2022 04:28:00 | American InfoSource LP as agent for, DirecTV LLC, Mail Station N387, 2230 East Imperial Highway, El Segundo, CA 90245-3504 |
| 14259392 | | Email/Text: bky@americanprofit.net | Jan 27 2022 23:38:00 | American Profit Recovery, 34505 West 12 Mile Road, Suite 333, Farmington Hills, MI 48331-3288 |
| 14338231 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 27 2022 23:38:00 | BANK OF AMERICA, N.A., Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| 14259393 | + | EDI: BANKAMER.COM | Jan 28 2022 04:28:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14259395 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 27 2022 23:38:00 | Carrington Mortgage Service. LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14259396 | | EDI: DIRECTV.COM | Jan 28 2022 04:28:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14259397 | + | Email/Text: Billing_Paperwork@emergycare.org | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 3180W | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 27 2022 23:39:00 | Emergycare Inc., 1701 Sassafras Street, Erie, PA 16502-1857 |
| 14259398 | + | EDI: RMSC.COM | Jan 28 2022 04:28:00 | GE Capital Retail Bank, Attention: Bankruptcy, PO Box 103106, Roswell, GA 30076-9106 |
| 14259399 | | EDI: JEFFERSONCAP.COM | Jan 28 2022 04:28:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 14269390 | + | Email/Text: ptacct@mch1.org | Jan 27 2022 23:38:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14259400 | + | Email/Text: bankruptcynotices@psecu.com | Jan 27 2022 23:38:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14259402 | + | Email/Text: csidl@sbcglobal.net | Jan 27 2022 23:38:00 | Premier Bankcard / Charter, PO Box 2208, Vacaville, CA 95696-8208 |
| 14259403 | + | Email/Text: csidl@sbcglobal.net | Jan 27 2022 23:38:00 | Premier Bankcared / Charter, PO Box 2208, Vacaville, CA 95696-8208 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jaime Marie Osborne dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mmiksich@kmllawgroup.com |
| Matthew John McClelland | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| Office of the United States Trustee | |

District/off: 0315-1      User: auto      Page 3 of 3

Date Rcvd: Jan 27, 2022      Form ID: 3180W      Total Noticed: 22

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6